| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | FILED<br>James J. Waldron, Clerk<br><br>MAR 11 2013<br><br>U.S. Bankruptcy Court, Newark NJ<br>BY: _____ Deputy |
| In Re:<br><br>CORNELIUS STEPHENS,<br><br>    Debtor(s). | Case No.: 11-11536(RG)<br><br>Chapter 7 |
| CORNELIUS STEPHENS,<br><br>    Plaintiff,<br><br>vs.<br><br>LENOX REALTY ASSOCIATION, LLC<br><br>    Defendant. | Adv. No. 11-2451(RG)<br><br>Judge Rosemary Gambardella<br><br>Hearing Date: April 24, 2013 at 11AM |

**NOTICE FOR ORDER TO SHOW CAUSE FOR LACK OF PROSECUTION**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

3-11-13     /s/ Rosemary Gambardella, USBJ

Page -2-

Notice is hereby given that an Order To Show Cause for Lack of Prosecution in Adversary Proceeding No. 11-2451 having been issued by the Court, and for good cause shown;

IT IS HEREBY ORDERED that the plaintiff shall show cause on **Wednesday, April 24, 2013 at 11AM** by telephonic appearance before the Honorable Rosemary Gambardella, United States Bankruptcy Court, District of New Jersey why this adversary proceeding should not be dismissed for lack of prosecution.

**TELEPHONIC APPEARANCE BY THE DEBTOR IS REQUIRED.**

**THIS ADVERSARY PROCEEDING WILL BE DISMISSED IF**

**NO APPEARANCE IS MADE.**

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that on March 11 2013, I served a copy of the foregoing order on each of the following:

Steven P. Kartzman, Esq.
Mellinger Sanders & Kartzman LLC
101 Gibraltar Drive, Suite 2F
Morris Plains, NJ 07950
(Chapter 7 Trustee)

Cornelius Stephens
KR-7909
660 State Route 11
Hunlock Creek, PA 18621-3136
(Debtor, *Pro Se*)

Lenox Realty Association LLC
40 Lenox Avenue
East Orange, NJ 07018

Fran B. Steele, Esq.
Office of the United States Trustee
Suite 2100, 1 Newark Center
Newark, NJ 07102-5235

Kendal Coleman, Esq.
Kendal Coleman, PC
340 Clifton Ave, Suite 3
Clifton, NJ 07011
(Attorney(s) for N.J. Liberty Motors and
   Westlake Financial Services, Inc.)

N.J. Liberty Motors
59 Liberty Street
Newark, NJ 07102

John Schwartz
Sr. Legal Analyst, Legal Dept.
Westlake Financial Services, Inc.
4751 Wiltshire Boulevard, Suite 100
Los Angeles, CA 90010

James J. Waldron
Clerk

BY: _____
Deputy Clerk